IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.                                            CASE NO. 12-cr-10014

CHRISTOPHER BERNARD KING                                                          DEFENDANT

## ORDER

Before the Court is Movant Christopher Bernard King's Motion to Withdraw Motion to Vacate, Set Aside, or Correct Sentence. (ECF No. 32). King requests that his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 26) be withdrawn without prejudice to refiling. Upon consideration, the Court finds that the motion (ECF No. 32) should be and hereby is **GRANTED**. King's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 26) is hereby withdrawn and dismissed without prejudice to refiling.

IT IS SO ORDERED, this 7th day of November, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge